# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MENCHACA, ARTURO | § | Case No. 14-32192 JSB |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 09/03/2014 . The undersigned trustee was appointed on 09/03/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

    4. The trustee realized gross receipts of     $    30,000.00

        Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 151.90 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 29,848.10 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 04/14/2015 and the deadline for filing governmental claims was 04/14/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 3,750.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 3,750.00 , for a total compensation of $ 3,750.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/19/2015       By: /s/Joseph A. Baldi
                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 14-32192 | Judge: Janet S. Baer | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | MENCHACA, ARTURO | | Date Filed (f) or Converted (c): | 09/03/14 (f) |
| | | | 341(a) Meeting Date: | 10/17/14 |
| For Period Ending: | 09/19/15 | | Claims Bar Date: | 04/14/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 11230 Sequoya Lane Indianhead Park, IL 60525 | 500,000.00 | 0.00 | | 0.00 | FA |
| Stay lifted pursuant to order dated October 27, 2014 [dkt 21] | | | | | |
| 2. Chase Bank Business Plus Account 14 S. LaGrange Rd | 27,819.21 | 23,819.21 | | 23,819.21 | FA |
| Amended on 12/14/14 to correct funds in account; pension exemption disallowed per order 4/7/15 [dkt 52]; Debtor's interest in property turned over per order 5/11/15 | | | | | |
| 3. Chase Bank Business Classic Account 14 S. LaGrange | 485.14 | 485.14 | | 485.14 | FA |
| Debtor's interest in property turned over per order 5/11/15 | | | | | |
| 4. Chase Bank Business Select Account 14 S. LaGrange | 100.00 | 100.00 | | 100.00 | FA |
| Debtor's interest in property turned over per order 5/11/15 | | | | | |
| 5. Chase Bank Business Credit Line 14 S. LaGrange Rd. | 918.56 | 0.00 | | 0.00 | FA |
| Credit line with no net value | | | | | |
| 6. Chase Bank Surgical Center Account 14 S. LaGrange | 2,380.92 | 2,380.92 | | 2,380.92 | FA |
| Debtor's interest in property turned over per order 5/11/15 | | | | | |
| 7. Chase Bank Chase Premier Account 14 S. LaGrange Rd | 605.99 | 605.99 | | 605.99 | FA |
| (1/2 Interest) - per amended sch. B; Debtor's interest in property turned over per order 5/11/15 | | | | | |
| 8. Fidelity Investments Fidelity Funds Account 15105 | 2,095.79 | 2,095.79 | | 2,095.79 | FA |
| (1/2 Interest) - per amended sch. B; Debtor's interest in property turned over per order 5/11/15 | | | | | |
| 9. Charles Schwab Deposit Account 2423 E. Lincoln Dri | 512.95 | 512.95 | | 512.95 | FA |
| (1/2 Interest)-per amended sch. B; Debtor's interest in property turned over per order 5/11/15 | | | | | |
| 10. Basic wardrobe. Location: 11230 Sequoya Lane, La G | 500.00 | 0.00 | | 0.00 | FA |
| 11. Mass Mutual Financial Group Life and Disability Lo | 0.00 | 0.00 | | 0.00 | FA |
| 12. The Doctors Company Medical Malpractice Insurance | 0.00 | 0.00 | | 0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| Case No: | 14-32192 | Judge: Janet S. Baer | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | MENCHACA, ARTURO | | Date Filed (f) or Converted (c): | 09/03/14 (f) |
| | | | 341(a) Meeting Date: | 10/17/14 |
| | | | Claims Bar Date: | 04/14/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 13. Safeco Auto Insurance TW Group Inc 850 North Cass | 0.00 | 0.00 | | 0.00 | FA |
| 14. Travelers Home Insurance TW Group Inc 850 North Ca | 0.00 | 0.00 | | 0.00 | FA |
| 15. Fidelity Investments Rollover IRA 1415 W. 22nd St. per amended sch. B | 26.30 | 0.00 | | 0.00 | FA |
| 16. Fidelity Investments Profit Sharing Keogh 15105 S. per amended sch. B | 60,210.96 | 0.00 | | 0.00 | FA |
| 17. Invesco Investment Services Inc. IRA PO Box 219078 1/2 interest | 2,880.97 | 0.00 | | 0.00 | FA |
| 18. Invesco Investment Services Inc. IRA PO Box 219078 1/2 interest | 3,595.61 | 0.00 | | 0.00 | FA |
| 19. Patient receivables 6900 W. Madison, Ste. 103 Will Abandoned per court order dated 5/11/15 | 30,000.00 | 0.00 | OA | 0.00 | FA |
| 20. Medical License 6900 S. Madison, Ste. 103 Willowbr | Unknown | 0.00 | | 0.00 | FA |
| 21. Patient Medical Records 6900 S. Madison, Ste. 103 Abandoned to debtor per order dated 5/11/15 | Unknown | 0.00 | OA | 0.00 | FA |
| 22. 1994 Mitsubishi Location: 11230 Sequoya Lane, La G 1/2 interest | 3,209.00 | 0.00 | | 0.00 | FA |
| 23. 1994 Toyota Landcruiser Location: 11230 Sequoya La 1/2 interest | 1,037.50 | 0.00 | | 0.00 | FA |
| 24. Medical equipment: Exam tables, desks and chairs. Abandoned per court order dated 5/11/15 | 500.00 | 500.00 | OA | 0.00 | FA |
| 25. Two copiers, scanner, fax machine. 6900 W. Madison Abandoned per order dated 5/11/15 | 150.00 | 150.00 | OA | 0.00 | FA |
| 26. Fidelity Money Purchase Keogh (u) | 12,284.41 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 3

Exhibit A

| Case No.: | 14-32192 | Judge: Janet S. Baer | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | MENCHACA, ARTURO | | Date Filed (f) or Converted (c): | 09/03/14 (f) |
| | | | 341(a) Meeting Date: | 10/17/14 |
| | | | Claims Bar Date: | 04/14/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $649,313.31 | $30,650.00 | | $30,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

July 22, 2015, 04:48 pm Trustee objected to debtor's claim of exemptions, settled objection for turnover and sold

remaining personal property to debtor for $30,000. Funds received, claims bar date has passed. Trustee will prepare

final report and file within next 90 days.

Initial Projected Date of Final Report (TFR): 10/31/15     Current Projected Date of Final Report (TFR): 10/31/15

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 14-32192 -JSB | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | MENCHACA, ARTURO | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******7451 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4044 | | | |
| For Period Ending: | 09/19/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/17/15 | 9 | ARTURO MENCHACA 6900 S. MADISON ST STE 103 WILLOWBROOK, IL 60527 | Turnover per order [dkt 51] Per order 4/7/15, Debtor directed to turnover $30,000 payable in installments on account of non-exempt proceeds of various bank accounts | 1129-000 | 500.00 | | 500.00 |
| 04/17/15 | 2 | CHASE - CASHIER'S CHECK REMITTER: DR. ARTURO MENCHACA | Turnover per order [dkt 51] Per order 4/7/15, Debtor directed to turnover $30,000 payable in installments on account of non-exempt proceeds of various bank accounts | 1129-000 | 19,007.05 | | 19,507.05 |
| 05/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 19,497.05 |
| 06/05/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 28.98 | 19,468.07 |
| 07/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 28.01 | 19,440.06 |
| 07/09/15 | * NOTE * | ARTURO MENCHACA 6900 S. MADISON ST STE 103 WILLOWBROOK, IL 60527 | Turnover per order [dkt 51] Per order 4/7/15, Debtor directed to turnover $30,000 payable in installments on account of non-exempt proceeds of various bank accounts * NOTE * Properties 2, 3, 4, 6, 7, 8, 9 | 1129-000 | 10,492.95 | | 29,933.01 |
| 08/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 40.47 | 29,892.54 |
| 09/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 44.44 | 29,848.10 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 30,000.00 | 151.90 | 29,848.10 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 30,000.00 | 151.90 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 30,000.00 | 151.90 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******7451 | 30,000.00 | 151.90 | 29,848.10 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 30,000.00 | 151.90 | 29,848.10 |
| Page Subtotals | 30,000.00 | 151.90 | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| Case No: | 14-32192 -JSB | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | MENCHACA, ARTURO | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******7451 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4044 | | | |
| For Period Ending: | 09/19/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS CLAIMS REGISTER-PRIORITY CLAIMS | | | | Date: September 19, 2015 |

Case Number:  14-32192  
Debtor Name:  MENCHACA, ARTURO

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | BALDI BERG<br>20 NORTH CLARK STREET<br>SUITE 200<br>CHICAGO, IL 60602 | Administrative | | $9,689.50 | $0.00 | $9,689.50 |
| 001<br>2100-00 | Joseph A. Baldi, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N Clark Street, Ste. 200<br>Chicago, Illinois  60602 | Administrative | | $3,750.00 | $0.00 | $3,750.00 |
| 000002<br>058<br>5800-00 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101 | Priority | | $983.73 | $0.00 | $983.73 |
| 000001<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $16,905.23 | $0.00 | $16,905.23 |
| 000003<br>070<br>7100-00 | American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | Unsecured | | $239.22 | $0.00 | $239.22 |
| 000004<br>070<br>7100-00 | Martha Menchaca<br>3511 Arden Ave<br>Brookfield, IL 60513 | Unsecured | | $25,000.00 | $0.00 | $25,000.00 |
| 000005<br>070<br>7100-00 | Francisco Menchaca<br>3511 Arden Avenue<br>Brookfield, IL 60513 | Unsecured | Claim amended 9/16/15 to exclude post-petition interest | $106,504.57 | $0.00 | $106,504.57 |
| | Case Totals: | | | $163,072.25 | $0.00 | $163,072.25 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-32192 JSB
Case Name: MENCHACA, ARTURO
Trustee Name: Joseph A. Baldi

Balance on hand                                                                        $            29,848.10

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi | $ 3,750.00 | $ 0.00 | $ 3,750.00 |
| Attorney for Trustee Fees: BALDI BERG | $ 9,689.50 | $ 0.00 | $ 9,689.50 |

Total to be paid for chapter 7 administrative expenses                    $         13,439.50

Remaining Balance                                                                      $         16,408.60

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 983.73 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Internal Revenue Service | $ 983.73 | $ 0.00 | $ 983.73 |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

    Total to be paid to priority creditors      $ 983.73

    Remaining Balance      $ 15,424.87

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 148,649.02 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 16,905.23 | $ 0.00 | $ 1,754.21 |
| 000003 | American InfoSource LP as agent for | $ 239.22 | $ 0.00 | $ 24.82 |
| 000004 | Martha Menchaca | $ 25,000.00 | $ 0.00 | $ 2,594.18 |
| 000005 | Francisco Menchaca | $ 106,504.57 | $ 0.00 | $ 11,051.66 |

    Total to be paid to timely general unsecured creditors      $ 15,424.87

    Remaining Balance      $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

     Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE