UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
MENCHACA, ARTURO § Case No. 14-32192
§
Debtor §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
         U.S. Bankruptcy Court
         219 S. Dearborn, 7th Floor
         Chicago, Illinois  60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :
         10:00 a.m., on Tuesday, November 10, 2015
         in Courtroom  615, U.S. Courthouse
         219 S. Dearborn St., Chicago, IL

   If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: Jeffrey P. Allsteadt_____
                                               Clerk of Bankruptcy Court


*Joseph A. Baldi*
*20 N. Clark St. Suite 200*
*Chicago, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                               §
                                     §
MENCHACA, ARTURO                     §     Case No. 14-32192
                                     §
            Debtor                   §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 30,000.00 |
| and approved disbursements of | $ | 151.90 |
| leaving a balance on hand of[1] | $ | 29,848.10 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi | $ 3,750.00 | $ 0.00 | $ 3,750.00 |
| Attorney for Trustee Fees: BALDI BERG | $ 9,689.50 | $ 0.00 | $ 9,689.50 |
| Total to be paid for chapter 7 administrative expenses | | $ | 13,439.50 |
| Remaining Balance | | $ | 16,408.60 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 983.73  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Internal Revenue Service | $ 983.73 | $ 0.00 | $ 983.73 |
| | Total to be paid to priority creditors | | $ | 983.73 |
| | Remaining Balance | | $ | 15,424.87 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 148,649.02  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  10.4  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 16,905.23 | $ 0.00 | $ 1,754.21 |
| 000003 | American InfoSource LP as agent for | $ 239.22 | $ 0.00 | $ 24.82 |
| 000004 | Martha Menchaca | $ 25,000.00 | $ 0.00 | $ 2,594.18 |
| 000005 | Francisco Menchaca | $ 106,504.57 | $ 0.00 | $ 11,051.66 |
| | Total to be paid to timely general unsecured creditors | | $ | 15,424.87 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

         Prepared By: /s/_____
              Joseph A. Baldi, Trustee

*Joseph A. Baldi*
*20 N. Clark St. Suite 200*
*Chicago, IL 60602*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                       Case No. 14-32192-JSB
Arturo Menchaca                                                              Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1        User: arodarte         Page 1 of 2         Date Rcvd: Oct 15, 2015
                            Form ID: pdf006        Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 17, 2015.
db            #+Arturo Menchaca,    11230 Sequoya Lane,    La Grange, IL 60525-3715
aty            +Baldi Berg, Ltd.,    20 N. Clark Street,   Suite 200,    Chicago,, IL 60602-4120
22436569        AT&T,    15 Midland Ave.,   Paramus, NJ 07652
22436568       +Airgas,    6055 Rockside Woods Blvd,    Independence, OH 44131-2356
22436570       +Auto-Owners Insurace Co.,    6101 Anacapri Dr,    Lansing, MI 48917-3994
22350507        CareCloud Corporation,    P.O.Box 347838,    Pittsburgh, PA 15251-4838
22545850        Chase Bank,    15298,   Wilmington, DE 19850
22436571       +Comcast,    1500 McConnor Pkwy,    Schaumburg, IL 60173-4330
22350508       +DSNB Macys,    685 Market St.,    San Francisco, CA 94105-4200
22350509        EverBank Commercial Finance, Inc.,     Box 911608,   Denver, CO 80291-1608
23079343       +Francisco Menchaca,    3511 Arden Avenue,    Brookfield, IL 60513-1405
22350510       +Henry Schein,    135 Duryea Road,    Melville, NY 11747-3834
22350512       #+Ixta Menchaca,    11230 Sequoya Lane,    La Grange, IL 60525-3715
22350513        Laboratory of America Holdings,    P.O. Box 12140,    Burlington, NC 27216-2140
23073044       +Martha Menchaca,    3511 Arden Ave,    Brookfield, IL 60513-1405
22350514       +Michael Anslemo,    Freedman Anselmo Lindberg LLC,    1771 W. Diehl Road, Suite 120,
                 Naperville, IL 60563-4917
22436573       +Praxair Inc,    12820 Evergreen Rd,    Detroit, MI 48223-3439
22350515        Quest Diagnostic,    12989 Collections Ctr Dr,    Chicago, IL 60693-0129
22350516       +Select Portfolio Servicing Inc.,     P.O. Box 65250,   Salt Lake City, UT 84165-0250
22350517       +Select Portfolio Servicing Inc.,     P.o. Box 65450,   Salt Lake City, UT 84165-0450
22350518        Suriya V. Sastri, M.D.,    6900 S. Madison, Ste. 102,    Willowbrook, IL 60527-8433
22350519        T Mobile,    P.O. Box 37380,    Albuquerque, NM 87176-7380
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
23069494        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 16 2015 01:18:03
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK  73124-8848
22436572        E-mail/PDF: mrdiscen@discover.com Oct 16 2015 09:39:29      Discover Financial Services,
                 PO Box 30943,   Salt Lake City, UT 84130
22821931        E-mail/PDF: mrdiscen@discover.com Oct 16 2015 09:39:29      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,   New Albany, OH  43054-3025
22350511       +E-mail/Text: cio.bncmail@irs.gov Oct 16 2015 01:19:29      Internal Revenue Service,
                 P.O. Box 7346,   Philadelphia, PA 19101-7346
                                                                                              TOTAL: 4

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22436574        Yoshida Cooley
22545849      ##+Bank of America,   P.O. Box 15710,    Wilmington, DE 19850-5710
                                                                                   TOTALS: 1, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2015                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-1          User: arodarte             Page 2 of 2                  Date Rcvd: Oct 15, 2015
                              Form ID: pdf006            Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2015 at the address(es) listed below:

        Joseph A Baldi    on behalf of Trustee Joseph A Baldi, Tr jabaldi@baldiberg.com, jmanola@baldiberg.com
        Joseph A Baldi, Tr    jabaldi@baldiberg.com, jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
        Joseph A Baldi, Tr    on behalf of Trustee Joseph A Baldi, Tr jabaldi@baldiberg.com, jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
        Patrick M. Jones    on behalf of Debtor Arturo  Menchaca pmj@patjonesPLLC.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Ross T Brand    on behalf of Creditor   Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2005-AR8 rbrand@klueverplatt.com, bknotice@klueverplatt.com

                                                                                                                                                              TOTAL: 6