# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:                              §
                                    §
                                    §
MENCHACA, ARTURO                    §      Case No. 14-32192
                                    §
                                    §
        Debtor                      §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 539,198.77 *(Without deducting any secured claims)* | Assets Exempt: 76,114.54 |
| Total Distributions to Claimants: 16,408.60 | Claims Discharged Without Payment: 349,973.51 |
| Total Expenses of Administration: 13,591.40 | |

3) Total gross receipts of $ 30,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 30,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 588,854.36 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 13,591.40 | 13,591.40 | 13,591.40 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 983.73 | 983.73 | 983.73 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 234,070.36 | 148,649.02 | 148,649.02 | 15,424.87 |
| **TOTAL DISBURSEMENTS** | $ 822,924.72 | $ 163,224.15 | $ 163,224.15 | $ 30,000.00 |

    4)  This case was originally filed under chapter 7 on  09/03/2014 .  The case was pending for 15 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  12/11/2015               By:/s/Joseph A. Baldi
                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Chase Bank Business Plus Account 14 S. LaGrange Rd | 1129-000 | 23,819.21 |
| Chase Bank Business Classic Account 14 S. LaGrange | 1129-000 | 485.14 |
| Chase Bank Business Select Account 14 S. LaGrange | 1129-000 | 100.00 |
| Chase Bank Surgical Center Account 14 S. LaGrange | 1129-000 | 2,380.92 |
| Chase Bank Chase Premier Account 14 S. LaGrange Rd | 1129-000 | 605.99 |
| Fidelity Investments Fidelity Funds Account 15105 | 1129-000 | 2,095.79 |
| Charles Schwab Deposit Account 2423 E. Lincoln Dri | 1129-000 | 512.95 |
| **TOTAL GROSS RECEIPTS** | | **$30,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | EverBank Commercial Finance, Inc. Box 911608 Denver, CO 80291-1608 | | 8,535.36 | NA | NA | 0.00 |
| | Select Portfolio Servicing Inc. P.o. Box 65450 Salt Lake City, UT 84165 | | 580,319.00 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 588,854.36 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | 2100-000 | NA | 3,750.00 | 3,750.00 | 3,750.00 |
| Associated Bank | 2600-000 | NA | 151.90 | 151.90 | 151.90 |
| BALDI BERG | 3110-000 | NA | 9,689.50 | 9,689.50 | 9,689.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 13,591.40 | $ 13,591.40 | $ 13,591.40 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | INTERNAL REVENUE SERVICE | 5800-000 | 0.00 | 983.73 | 983.73 | 983.73 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ 0.00 | $ 983.73 | $ 983.73 | $ 983.73 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T 15 Midland Ave. Paramus, NJ 07652 | | 620.00 | NA | NA | 0.00 |
| | Airgas 6055 Rockside Woods Blvd Independence, OH 44131 | | 400.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Auto-Owners Insurace Co. 6101 Anacapri Dr Lansing, MI 48917 | | 2,000.00 | NA | NA | 0.00 |
| | Bank of America P.O. Box 15710 Wilmington, DE 19850 | | 49,000.00 | NA | NA | 0.00 |
| | CareCloud Corporation P.O. Box 347838 Pittsburgh, PA 15251 | | 4,000.00 | NA | NA | 0.00 |
| | Chase Bank 15298 Wilmington, DE 19850 | | 100,000.00 | NA | NA | 0.00 |
| | Comcast 1500 McConnor Pkwy Schaumburg, IL 60173 | | 84.00 | NA | NA | 0.00 |
| | DSNB Macys 685 Market St. San Francisco, CA 94105 | | 1,759.00 | NA | NA | 0.00 |
| | EverBank Commercial Finance, Inc. Box 911608 Denver, CO 80291-1608 | | 8,535.36 | NA | NA | 0.00 |
| | Praxair Inc 12820 Evergreen Rd Detroit, MI 48223 | | 350.00 | NA | NA | 0.00 |
| | Yoshida Cooley | | 50,001.00 | NA | NA | 0.00 |
| 000003 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | NA | 239.22 | 239.22 | 24.82 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | DISCOVER BANK | 7100-000 | 17,321.00 | 16,905.23 | 16,905.23 | 1,754.21 |
| 000005 | FRANCISCO MENCHACA | 7100-000 | NA | 106,504.57 | 106,504.57 | 11,051.66 |
| 000004 | MARTHA MENCHACA | 7100-000 | NA | 25,000.00 | 25,000.00 | 2,594.18 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 234,070.36 | $ 148,649.02 | $ 148,649.02 | $ 15,424.87 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| | | |
|---|---|---|
| Case No: | 14-32192 | Judge: Janet S. Baer |
| Case Name: | MENCHACA, ARTURO | |
| For Period Ending: | 12/11/15 | |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi |
| Date Filed (f) or Converted (c): | 09/03/14 (f) |
| 341(a) Meeting Date: | 10/17/14 |
| Claims Bar Date: | 04/14/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 11230 Sequoya Lane Indianhead Park, IL 60525 | 500,000.00 | 0.00 | | 0.00 | FA |
| Stay lifted pursuant to order dated October 27, 2014 [dkt 21] | | | | | |
| 2. Chase Bank Business Plus Account 14 S. LaGrange Rd | 27,819.21 | 23,819.21 | | 23,819.21 | FA |
| Amended on 12/14/14 to correct funds in account; pension exemption disallowed per order 4/7/15 [dkt 52]; Debtor's interest in property turned over per order 5/11/15 | | | | | |
| 3. Chase Bank Business Classic Account 14 S. LaGrange | 485.14 | 485.14 | | 485.14 | FA |
| Debtor's interest in property turned over per order 5/11/15 | | | | | |
| 4. Chase Bank Business Select Account 14 S. LaGrange | 100.00 | 100.00 | | 100.00 | FA |
| Debtor's interest in property turned over per order 5/11/15 | | | | | |
| 5. Chase Bank Business Credit Line 14 S. LaGrange Rd. | 918.56 | 0.00 | | 0.00 | FA |
| Credit line with no net value | | | | | |
| 6. Chase Bank Surgical Center Account 14 S. LaGrange | 2,380.92 | 2,380.92 | | 2,380.92 | FA |
| Debtor's interest in property turned over per order 5/11/15 | | | | | |
| 7. Chase Bank Chase Premier Account 14 S. LaGrange Rd | 605.99 | 605.99 | | 605.99 | FA |
| (1/2 Interest) - per amended sch. B; Debtor's interest in property turned over per order 5/11/15 | | | | | |
| 8. Fidelity Investments Fidelity Funds Account 15105 | 2,095.79 | 2,095.79 | | 2,095.79 | FA |
| (1/2 Interest) - per amended sch. B; Debtor's interest in property turned over per order 5/11/15 | | | | | |
| 9. Charles Schwab Deposit Account 2423 E. Lincoln Dri | 512.95 | 512.95 | | 512.95 | FA |
| (1/2 Interest)-per amended sch. B; Debtor's interest in property turned over per order 5/11/15 | | | | | |
| 10. Basic wardrobe. Location: 11230 Sequoya Lane, La G | 500.00 | 0.00 | | 0.00 | FA |
| 11. Mass Mutual Financial Group Life and Disability Lo | 0.00 | 0.00 | | 0.00 | FA |
| 12. The Doctors Company Medical Malpractice Insurance | 0.00 | 0.00 | | 0.00 | FA |

LFORM1

Ver: 19.05

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 14-32192 | Judge: Janet S. Baer | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | MENCHACA, ARTURO | | Date Filed (f) or Converted (c): | 09/03/14 (f) |
| | | | 341(a) Meeting Date: | 10/17/14 |
| | | | Claims Bar Date: | 04/14/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 13. Safeco Auto Insurance TW Group Inc 850 North Cass | 0.00 | 0.00 | | 0.00 | FA |
| 14. Travelers Home Insurance TW Group Inc 850 North Ca | 0.00 | 0.00 | | 0.00 | FA |
| 15. Fidelity Investments Rollover IRA 1415 W. 22nd St. per amended sch. B | 26.30 | 0.00 | | 0.00 | FA |
| 16. Fidelity Investments Profit Sharing Keogh 15105 S. per amended sch. B | 60,210.96 | 0.00 | | 0.00 | FA |
| 17. Invesco Investment Services Inc. IRA PO Box 219078 1/2 interest | 2,880.97 | 0.00 | | 0.00 | FA |
| 18. Invesco Investment Services Inc. IRA PO Box 219078 1/2 interest | 3,595.61 | 0.00 | | 0.00 | FA |
| 19. Patient receivables 6900 W. Madison, Ste. 103 Will Abandoned per court order dated 5/11/15 | 30,000.00 | 0.00 | OA | 0.00 | FA |
| 20. Medical License 6900 S. Madison, Ste. 103 Willowbr | Unknown | 0.00 | | 0.00 | FA |
| 21. Patient Medical Records 6900 S. Madison, Ste. 103 Abandoned to debtor per order dated 5/11/15 | Unknown | 0.00 | OA | 0.00 | FA |
| 22. 1994 Mitsubishi Location: 11230 Sequoya Lane, La G 1/2 interest | 3,209.00 | 0.00 | | 0.00 | FA |
| 23. 1994 Toyota Landcruiser Location: 11230 Sequoya La 1/2 interest | 1,037.50 | 0.00 | | 0.00 | FA |
| 24. Medical equipment: Exam tables, desks and chairs. Abandoned per court order dated 5/11/15 | 500.00 | 500.00 | OA | 0.00 | FA |
| 25. Two copiers, scanner, fax machine. 6900 W. Madison Abandoned per order dated 5/11/15 | 150.00 | 150.00 | OA | 0.00 | FA |
| 26. Fidelity Money Purchase Keogh (u) | 12,284.41 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

Case 14-32192 Doc 63 Filed 01/12/16 Entered 01/12/16 14:24:52 Desc Main
Document Page 10 of 13

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 3

Exhibit 8

| Case No: | 14-32192 | Judge: Janet S. Baer | Trustee Name: | Joseph A. Baldi |
| Case Name: | MENCHACA, ARTURO | | Date Filed (f) or Converted (c): | 09/03/14 (f) |
| | | | 341(a) Meeting Date: | 10/17/14 |
| | | | Claims Bar Date: | 04/14/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $649,313.31 | $30,650.00 | | $30,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

July 22, 2015, 04:48 pm Trustee objected to debtor's claim of exemptions, settled objection for turnover and sold

remaining personal property to debtor for $30,000. Funds received, claims bar date has passed. Trustee will prepare

final report and file within next 90 days.

Initial Projected Date of Final Report (TFR): 10/31/15     Current Projected Date of Final Report (TFR): 10/31/15

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 14-32192 -JSB | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | MENCHACA, ARTURO | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******7451  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4044 | | |
| For Period Ending: | 12/11/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/17/15 | 9 | ARTURO MENCHACA<br>6900 S. MADISON ST STE 103<br>WILLOWBROOK, IL  60527 | Turnover per order [dkt 51]<br>Per order 4/7/15, Debtor directed to turnover $30,000 payable in installments on account of non-exempt proceeds of various bank accounts | 1129-000 | 500.00 | | 500.00 |
| 04/17/15 | 2 | CHASE - CASHIER'S CHECK<br>REMITTER: DR. ARTURO MENCHACA | Turnover per order [dkt 51]<br>Per order 4/7/15, Debtor directed to turnover $30,000 payable in installments on account of non-exempt proceeds of various bank accounts | 1129-000 | 19,007.05 | | 19,507.05 |
| 05/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 19,497.05 |
| 06/05/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 28.98 | 19,468.07 |
| 07/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 28.01 | 19,440.06 |
| 07/09/15 | * NOTE * | ARTURO MENCHACA<br>6900 S. MADISON ST STE 103<br>WILLOWBROOK, IL  60527 | Turnover per order [dkt 51]<br>Per order 4/7/15, Debtor directed to turnover $30,000 payable in installments on account of non-exempt proceeds of various bank accounts<br>* NOTE *  Properties 2, 3, 4, 6, 7, 8, 9 | 1129-000 | 10,492.95 | | 29,933.01 |
| 08/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 40.47 | 29,892.54 |
| 09/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 44.44 | 29,848.10 |
| 11/12/15 | 001001 | Joseph A. Baldi, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N Clark Street, Ste. 200<br>Chicago, Illinois  60602 | Trustee Compensation | 2100-000 | | 3,750.00 | 26,098.10 |
| 11/12/15 | 001002 | BALDI BERG<br>20 NORTH CLARK STREET<br>SUITE 200<br>CHICAGO, IL 60602 | Attorney for Trustee Fees (Trustee | 3110-000 | | 9,689.50 | 16,408.60 |
| 11/12/15 | 001003 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101 | Claim 000002, Payment 100.00000% | 5800-000 | | 983.73 | 15,424.87 |

Page Subtotals      30,000.00      14,575.13

Ver: 19.05

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 14-32192 -JSB | Trustee Name: | Joseph A. Baldi |
| Case Name: | MENCHACA, ARTURO | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******7451 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4044 | | |
| For Period Ending: | 12/11/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/12/15 | 001004 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 10.37673% | 7100-000 | | 1,754.21 | 13,670.66 |
| 11/12/15 | 001005 | American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | Claim 000003, Payment 10.37539% | 7100-000 | | 24.82 | 13,645.84 |
| 11/12/15 | 001006 | Martha Menchaca<br>3511 Arden Ave<br>Brookfield, IL 60513 | Claim 000004, Payment 10.37672% | 7100-000 | | 2,594.18 | 11,051.66 |
| 11/12/15 | 001007 | Francisco Menchaca<br>3511 Arden Avenue<br>Brookfield, IL 60513 | Claim 000005, Payment 10.37670%<br>(5-1) Account Number (last 4 digits):N/A  (5-2) Account Number (last 4 digits):N/A<br>Filer Comment: amend previous filing - includes interest box checked | 7100-000 | | 11,051.66 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 30,000.00 | 30,000.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 30,000.00 | 30,000.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 30,000.00 | 30,000.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - *******7451) | 30,000.00 | 30,000.00 | 0.00 |
| | 30,000.00 | 30,000.00 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    15,424.87

Ver: 19.05

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-32192 -JSB | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | MENCHACA, ARTURO | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******7451 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4044 | | |
| For Period Ending: | 12/11/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account (Non-Interest Earn - ********7451)

| | | | | Page Subtotals | 0.00 | 0.00 | |

Ver: 19.05

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*